DOMINICK CONDEME, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.*— Judgment and order affirmed, with costs. Davis, Whitmyer and Hasbrouck, JJ., concur; Van Kirk, P. J., and Hill, J., dissent and vote for reversal and a new trial on the ground that the evidence is not sufficient to support the verdict.

WILLIAM T. DUNNIGAN, Respondent, v. THE DELAWARE AND HUDSON COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ROBERT C. BLOSS, Respondent, v. THE PURE OIL COMPANY, Appellant.— Judgment and order reversed, on the law, and new trial granted, with costs to appellant to abide the event, on the ground of error in the charge in respect to the doctrine of *res ipsa loquitur* which had no application in the case and was prejudicial. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur; Davis and Whitmyer, JJ., dissent and vote for affirmance. [133 Misc. 486.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MAHADY, Appellant.— Judgment of conviction unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

SARAH BARTON, Respondent, v. SAMUEL PAUL, Appellant.†— Judgment and order affirmed, with costs. Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur; Van Kirk, P. J., votes to reverse and dismiss complaint because of the contributory negligence of the plaintiff on undisputed evidence. (*Baker* v. *Close*, 137 App. Div. 529; affd., 204 N. Y. 92; *Knapp* v. *Barrett*, 216 id. 226, 232; *Dolfini* v. *Erie R. R. Co.*, 178 id. 1, 4; *Wood* v. *Pace*, 220 App. Div. 386; affd., 250 N. Y. 556; *Barker* v. *Savage*, 45 id. 191.)

ADELLA LAZARUS, Respondent, v. SOLOMON SCHONBERGER, Appellant. CHARLES LAZARUS, Respondent, v. SOLOMON SCHONBERGER, Appellant.— Judgments reversed, on the facts, and new trial granted, with costs, in one action, to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence on the question of the defect in the steps. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

EUGENIA CRAMMOND, as Administratrix, etc., of JAMES R. CRAMMOND, Deceased, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

LAWRENCE B. LAMBERTON, as Administrator, etc., of WILLIS M. LAMBERTON,

---

* Affd., 255 N. Y. ——.    † Revd., 255 N. Y. ——.